**July 25, 1997**

| | | |
|---|---|---|
| 19305 | Kaleialoha v. Dobis | Affirmed |
| 19279 | Toledo v. GTE Hawaiian Telephone Co., Inc. | Affirmed |

**July 28, 1997**

| | | |
|---|---|---|
| 19498 | Amit v. Y.Y. Valley Corp. | Affirmed |
| 19103 | Fought & Co., Inc. v. Steel Engineering and Erection Inc. | Affirmed |
| 19430 | Myers v. South Seas Corp. | Affirmed |
| 19209 | Pelletier v. Reinwald | Affirmed |
| 19363, 19364, 19365 | Y.Y. Valley Corp. v. Kamai;  Y.Y. Valley Corp. v. Lum;  Y.Y. Valley Corp. v. Aurio | Affirmed |

**July 29, 1997**

| | | |
|---|---|---|
| 19196 | State v. Alexander | Vacated |
| 19288 | State v. Cullen | Affirmed |
| 19462 | State v. Kobashigawa | Affirmed |
| 19432 | Ventura v. Kaiser Foundation Health Plan, Inc. | Affirmed |

**July 30, 1997**

| | | |
|---|---|---|
| 19662 | Mauna Kea Agribusiness Co., Inc. v. Puieie (k) | Affirmed |
| 18739 | Slusher v. C.R. Newton, Co., Ltd. | Affirmed |
| 20033 | State v. Ortiz | Affirmed |
| 19355 | State v. Stant | Affirmed |

**August 4, 1997**

| | | |
|---|---|---|
| 19277 | State v. Bayudan | Affirmed |

**August 5, 1997**

| | | |
|---|---|---|
| 18925 | State v. Hunziker;  State v. Baronet | Affirmed |